Messrs. *Francis C. Brown, James M. Kane,* and *Wilson W. Wyatt* for respondent.

No. 749. SWALL *v.* COMMISSIONER OF INTERNAL REVENUE. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Chas. B. McInnis* for petitioner. *Solicitor General Fahy* for respondent.

No. 753. PITCAIRN ET AL., RECEIVERS, *v.* PERRY. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wayne Ely* for petitioners. *Mr. Samuel Cohen* for respondent.

No. 759. WILKERSON *v.* BAREFOOT ET AL., JUDGES OF THE CRIMINAL COURT OF APPEALS OF OKLAHOMA. January 5, 1942. Petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. W. N. Redwine, W. J. Hulsey* and *Mrs. Lena Hulsey* for petitioner.

No. 776. WOONER *v.* AMRINE, WARDEN. January 5, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *Bert Wooner, pro se.*

No. 784. FITZGERALD *v.* KANSAS ET AL. January 5, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in*